JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL GARCIA,<br><br>  Petitioner,<br><br>v.<br><br>MICHAEL STAINER, Warden<br><br>  Respondent. | Case No. CV 11-5225-DSF (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: 1/23/12

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE